

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on  07/19/2026  Lorren West _____

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the  Southern District of Alabama          .

Case number:  24-11326

Certificate number:  ALS24-113264927315

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance