

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on 07/18/2026, Dorean Robbins

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Southern District of Alabama .

Case number: 22-10886

Certificate number: ALS22-108864926699

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance